Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

| | |
|---|---|
| Daniel Reeves | Case No. CV123-0076 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*   Yes   No X |
| -v- | |
| Veterans United Mortgage Company | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

  A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Daniel Reeves |
   | Street Address | 411 36th Street Unit 7035 |
   | City and County | Augusta Richmond |
   | State and Zip Code | Fort Gordon, GA 30905 |
   | Telephone Number | 912-222-2361 |

E-mail Address

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Nathan Long |
| Job or Title *(if known)* | Chief Executive Officer |
| Street Address | 1400 Forum Blvd. Suite 18 |
| City and County | Columbia.    Boone |
| State and Zip Code | MO.    65203 |
| Telephone Number | 573-876-2600 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        Defendant No. 4

            Name

            Job or Title *(if known)*

            Street Address

            City and County

            State and Zip Code

            Telephone Number

            E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

(Federal question)        (Diversity of citizenship)

Fill out the paragraphs in this section that apply to this case.

    A.    **If the Basis for Jurisdiction Is a Federal Question**

        List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

    B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

        1.    The Plaintiff(s)

            a.    If the plaintiff is an individual

                Daniel Reeves    United States    , is a citizen of the

            State of *(name)* Georgia

            b.    If the plaintiff is a corporation

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(name)*  The plaintiff,  , is incorporated

under the laws of the State of *(name)* ,

and has its principal place of business in the State of *(name)* .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* , is a citizen of

   the State of *(name)* . Or is a citizen of

   *(foreign nation)* .

   b. If the defendant is a corporation

   The defendant, *(name)* Veterans United , is incorporated under

   the laws of the State of *(name)* Georgia , and has its

   principal place of business in the State of *(name)* Columbia, MO .

   Or is incorporated under the laws of *(foreign nation)* ,

   and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Veterans United Mortgage Company Loan Officer did not make good faith efforts to process a VA benefit, specifically a Home Loan Guaranty for a home purchased by me, the Plaintiff who is an honorably discharged Veteran of the United States Air Force. All qualifying information was submitted to loan Officer in the beginning and it was determined that the Plaintiff qualified for loan. Instead, the Loan Officer steered the Plaintiff toward processing a Conventional Loan because Loan Officer was not certain if the home would qualify for a VA Loan. It should be noted that in the current Housing Market, Mortgage Companies prefer to process Conventional Loans instead of VA Loans. In fact, a real estate agent recommended that we not use the VA loan in the Columbia, SC area because there was too much competition and that we would not be able to purchase home using the Government Backed VA Loan. Normally, A veteran can purchase home with little or no down payment using the VA Home Loan. But, the housing market in the Southeastern United States have locked veterans out of the housing market because of competition from people leaving the Northeast, Midwest and California. These refugees from Communism are paying cash and driving up the price of housing causing working and middle class veterans in Georgia, South Carolina, and other Southeastern States to be left out of an unaffordable housing market. Congress and the VA are keenly aware of this problem. But, they do nothing to resolve it. It is very apparent that the Government and Corporations are indifferent to the plight of those who served to defend and protect this country with honor and distinction. Their (Congress and Corporations) contempt for us (Veterans) is utterly disgusting. Veterans United Mortgage Company is no different from other corrupt American Corporations in that are driven by greed and profits and not to give back to those who gave so much. They market their product claiming to be experts at processing the VA Home. But, they could not seem to figure out how to help me obtain a VA Home Loan. I believe their Marketing practices are deceitful, immoral, unethical, and possibly illegal. Based on my experience in Columbia, SC and Augusta, GA the VA Home Loan is not a benefit and is worthless when trying to purchase a decent home in this unaffordable and overpriced housing market.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

I am asking for $10 million so that my family can pay cash for a nice million dollar home in a safe and secure location(Appalachian Mountains) in the USA or some other Country in Asia or South America away from Anti-Asian Anti-American Hate in America. In addition, I will gift the remainder of the money to my daughter and son who are Bi-Racial Asians, who have endured discrimination in the Deep South, so they can invest in more Real Estate to add to the few Condos in Statesboro, GA my son owns under his LLC. I am asking for this amount in order for them to be independent of Corrupt Oligarchical Corporations and Government Employers who tried to coerce them into getting a COVID-19 Vaccine in violation of HIPPA, the Civil Rights Act of 1964, and the Nuremberg Code of 1947 in addition to discriminatory treatment for employment with the U.S. Government based on race and disability. The USA is fast becoming a Marxist Police State and $10 million will provide our family the means to escape the chaos and anarchy that will engulf the nation within the next few years not to mention the fact that the U.S. Government and Congress prefer Non-Citizens over our cultural and racially diverse nuclear military family who are U.S. Citizens. You cannot place a dollar amount on freedom. But, $10 million will help our family escape anarchy and chaos before the fall of the Modern Day Roman Empire. The Rich are already planning their escape and I believe our family should have the same right. According to the Government and Corporations, Only certain groups have God Given inalienable rights. I believe our family has been excluded from these rights and the U.S. Constitution is no longer recognized by our Government whereby our justice system will no longer protect us from possible persecution and imprisonment if we should exercise our "supposed" Constitutional Protected rights under our 'so called" Constitutional Republic.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,   and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause   unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable  opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the          requirements of Rule 11.

be

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  JUNE 7, 2023

Signature of Plaintiff  *[signature]*

Printed Name of Plaintiff  DANIEL REEVES

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address